1  Brian Brazier, Esq. (SBN: 245004)
2  Price Law Group, APC
   8245 North 85th Way
3  Scottsdale, AZ 85258
   T: (818) 600-5587
4  F: (818) 600-5464
5  E: brian@pricelawgroup.com
   *Attorneys for Plaintiff,*
6  *Craig Pickerill*

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | CRAIG PICKERILL,              |                                  |
12 |         Plaintiff,            | Case No.: 2:17-cv-07971-DDP-E    |
13 | vs.                           | **STIPULATION OF DISMISSAL**     |
14 | NAVIENT SOLUTIONS, LLC,       |                                  |
15 |         Defendant.            |                                  |
16 |                               |                                  |
17
18

19         Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Craig Pickerill and
20 Defendant Navient Solutions, LLC ("Navient"), by and through undersigned counsel,
21 hereby stipulate that this action and all claims and defenses asserted therein be dismissed
22 with prejudice as to Navient. It is further stipulated that each party shall bear their own
23 attorneys' fees, costs, and expenses.
24

25         Respectfully submitted this 12th day of December 2019.
26
27
28
                                           1

|     |     |
| --- | --- |
| 1   |     |
| 2   | **PRICE LAW GROUP, APC** |
| 3   | By:*/s/Brian Brazier* |
| 4   | Brian Brazier, Esq. (SBN: 245004) |
| 5   | 8245 North 85th Way<br>Scottsdale, AZ 85258 |
| 6   | T: (818) 600-5587<br>F: (818) 600-5464 |
| 7   | E: brian@pricelawgroup.com |
| 8   | *Attorneys for Plaintiff,*<br>*Craig Pickerill* |

PRICE LAW GROUP, APC

By:*/s/Brian Brazier*
Brian Brazier, Esq. (SBN: 245004)
8245 North 85th Way
Scottsdale, AZ 85258
T: (818) 600-5587
F: (818) 600-5464
E: brian@pricelawgroup.com
*Attorneys for Plaintiff,*
*Craig Pickerill*

REED SMITH, LLP

By: */s/Zachary C. Frampton*
Zachary C. Frampton (SBN 303225)
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
T: (213) 457-8000
E: zframpton@reedsmith.com
*Attorneys for Defendant*
*Synchrony Bank*

## ECF SIGNATURE CERTIFICATION

     Pursuant to Local Rule 5-4.3.4, I, Brian Brazier, hereby certify that the content of this document is acceptable to Zachary C. Frampton, counsel for Defendant Navient Solutions, LLC, and I have obtained Mr. Frampton's authorization to affix his electronic signature to this document.

     Dated: December 12, 2019

                             */s/Brian Brazier*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.